IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>REALPAGE, INC. a/k/a LEASING DESK SCREENING, and BACKGROUNDCHECKS.COM. LLC,<br><br>    Defendants. | **Case No.**: 1:24-cv-04716<br><br>**Honorable Sharon Johnson Coleman**<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff John Doe and Defendants RealPage, Inc. a/k/a Leasing Desk Screening ("RealPage"), and BackgroundChecks.Com LLC ("BackgroundChecks.com"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

Respectfully submitted this 8th day of July, 2024.

*/s/ Moshe Boroosan*
Moshe Boroosan, Bar #5429915NY
**CONSUMER ATTORNEYS**
1318 Avenue J, 2nd Floor,
Brooklyn, NY 11230
T: (718) 887-2926
F: (718) 715-1750
E: mboroosan@consumerattorneys.com

David A. Chami, 027585AZ
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (718) 715-1750
E: dchami@consumerattorneys.com

*Attorneys for Plaintiff John Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/Mia Kristensen*